IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARIIA HUBCHAK and<br>TAMARA IVANYK,<br>Plaintiffs,<br><br>v.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC.,<br>FEDERAL EXPRESS CORPORATION,<br>FEDEX CORPORATION,<br>FEDEX FREIGHT, INC.,<br>FEDEX FREIGHT CORPORATION,<br>FEDEX FREIGHT SYSTEM, INC.,<br>FLAMINGO TRUCKING INC., and<br>S&G LOGISTIC CORP.,<br>Defendants. | Case No. 19–CV–00235–JPG–RJD |

## **JUDGMENT**

This matter having come before the Court, the issues having been heard, and the parties having settled the dispute,

**IT IS HEREBY ORDERED AND ADJUDGED** that the claims by Plaintiffs **MARIIA HUBCHAK** and **TAMARA IVANYK** against Defendants **FEDEX GROUND PACKAGE SYSTEM, INC.**, **FEDERAL EXPRESS CORPORATION**, **FEDEX CORPORATION**, **FEDEX FREIGHT CORPORATION, FEDEX FREIGHT SYSTEM, INC., FLAMINGO TRUCKING INC.**, and **S&G LOGISTIC CORP.** are **DISMISSED WITH PREJUDICE**.

**Dated: October 23, 2019**

                                        **MARGARET M. ROBERTIE, CLERK OF COURT**
                                        **/s/Tina Gray, Deputy Clerk**

**Approved by:/s/ J. Phil Gilbert**
              **United States District Judge**